COX v. CUDMORE

No. 288P98

Case below: 129 N.C.App. 843

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

COX v. DINE-A-MATE, INC.

No. 284P98

Case below: 129 N.C.App.773

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

CROKER v. YADKIN, INC.

No. 386P98

Case below: 130 N.C.App. 64

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

CUMMINGS v. BURROUGHS WELLCOME CO.

No. 313P98

Case below: 130 N.C.App. 88

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

CURRY v. BAKER

No. 359P98

Case below: 130 N.C.App. 182

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.